FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 23 PM 2: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA           MAGISTRATE

VERSUS           NO. 04-242

**DAVID CHRISTENSON**

### REMOVAL ORDER OUT OF CUSTODY

It appearing that an order directing the U.S. Marshal to apprehend, remove, and deliver David Christenson has been filed in the District of __COLORADO__ Bankruptcy Court charging the defendant named above with ~~a violation of~~ civil contempt in __In Re: DAC Air Inc, Debtor__, and a removal hearing having been heretofore waived,

**IT IS HEREBY ORDERED** that the defendant be released on $25,000 unsecured subject to the conditions stated therein, Bond to report to the United States Bankruptcy Court, District of __COLORADO__ when ordered, and to abide by further orders of that Court.

New Orleans, Louisiana, this __23rd__ day of __November__, 20__05__.

_____
JOSEPH C. WILKINSON, JR., U.S. MAGISTRATE JUDGE

___ Fee _____
___ Process _____
_x_ Dktd _____
_x_ CtRmDep _____
___ Doc. No. _____